# UNITED STATES DISTRICT COURT
## FOR THE Southern District of California
### San Diego

Scott Schutza

                        Plaintiff,

v.                                           Case No.: 3:21−cv−00093−JLS−MSB

                                               Judge Janis L. Sammartino

Sauceda's Enterprises, Inc., et al.

                        Defendant.

## NOTICE OF HEARING

Please take notice that the above−entitled action has been placed on the calendar of the Honorable Judge Janis L. Sammartino on 8/20/21 at 02:00 PM , in Courtroom 4D , at the U.S. District Courthouse − San Diego, California.

FOR DISMISSAL FOR WANT OF PROSECUTION under Local Rule 41.1 which provides that actions or proceedings which have been pending in this court for more than six months, without any proceeding having been taken therein during such period, may be dismissed by the court without prejudice, unless otherwise ordered.

                                                                                 John Morrill,
                                                                       Clerk of the Court

                                                                   By: s/ A. Ramos, Courtroom Deputy